UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HAMILTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>K. CORUJO,<br><br>　　　　　Defendant. | No. 2:17-cv-0817 JAM KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se. Defendant removed this action from the Amador County Superior Court, Case No. 17-CVC-09963. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 31, 2017, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Defendant has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 31, 2017, are adopted in full;

2. Plaintiff's motion to remand (ECF No. 15) is granted;

3. This action is remanded to the Amador County Superior Court for lack of subject matter jurisdiction; and

4. The Clerk of the Court is directed to serve a copy of this order on the Amador County Superior Court.

DATED: 12/19/2017

/s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE